UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:20 CR 22 |
| | ) | |
| KEITH CLOUDY | ) | |

## O R D E R

Defendant moved to suppress evidence. (DE # 33.) This court referred the matter to Magistrate Judge John E. Martin for a report and recommendation (DE # 39), who conducted an evidentiary hearing (DE # 43), and subsequently recommended denial of the motion to suppress (DE # 49). The parties were informed on November 12, 2021, that pursuant to 28 U.S.C. § 636(b)(1), any objections not filed within 14 days would be waived. (*Id.*) No objections were filed.

For the foregoing reasons, the court **ADOPTS** Magistrate Judge Martin's report and recommendation (DE # 49) and **DENIES** defendant's motion to suppress (DE # 33).

**SO ORDERED.**

Date: November 29, 2021

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT